**Joel C. Carlson, appellant, v. Frank C. Rathje et al., trading as
Rathje, Wesemann, Hinckley & Barnard, appellees.   Gen. No. 32,108.**
    Appeal from finding for defendant after plaintiff had moved for
nonsuit.   Appeal from the Municipal Court of Chicago; the Hon.
F. L. Fairbank, Judge, presiding.   Heard in the second division of
this court for the first district at the October term, 1927.   Reversed
and remanded with directions.   Opinion filed January 31, 1928.
    Charles E. Heckler, for appellant.   Rathje, Wesemann, Hinckley &
Barnard, for appellees.
    Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Charles H. Perrigo, appellee, v. Charles A. Coey, appellant.   Gen.
No. 31,980.**
    Action on promissory note.   Judgment for plaintiff.   Appeal from
the Circuit Court of Cook county; the Hon. Augustus A. Partlow,
Judge, presiding.   Heard in the second division of this court for the
first district at the October term, 1927.   Affirmed.   Opinion filed
January 31, 1928.
    James Edgar Brown, for appellant.   Sommers & Sommers, for ap-
pellee.
    Mr. Justice Gridley delivered the opinion of the court.

---

**Stanley L. Fabionas, trading as S. L. Fabionas, defendant in error,
v. John Cukis, plaintiff in error.   Gen. No. 32,008.**
    Action for real estate broker's commissions.   Judgment for plain-
tiff.   Error to the Municipal Court of Chicago; the Hon. J. L. Mc-
Carthy, Judge, presiding.   Heard in the second division of this court
for the first district at the October term, 1927.   Affirmed.   Opinion
filed January 31, 1928.
    Slakis & Spence, for plaintiff in error.   John Gutknecht, for defend-
ant in error.
    Mr. Justice Gridley delivered the opinion of the court.

---

**The National Cash Register Company, appellant, v. Gust Stoyas,
trading as Stoyas Brothers, appellee.   Gen. No. 32,028.**
    Replevin of cash registers.   Writ of *retorno habendo* issued.   Appeal
from the Municipal Court of Chicago; the Hon. Howard W. Hayes,
Judge, presiding.   Heard in the second division of this court for
the first district at the October term, 1927.   Reversed and judgment
here with a finding of facts.   Opinion filed January 31, 1928.
    Victor B. Scott, for appellant.   Weiner & Klein, for appellee.
    Mr. Justice Gridley delivered the opinion of the court.